IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT WALTER MOORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 2:25-cv-370-TFM-B |
| | ) |
| **CHAMPLAIN ENTERPRISES, LLC,** | ) |
| *et al.* | ) |
| | ) |
| **Defendants.** | ) |

### MEMORANDUM OPINION AND ORDER

On December 29, 2025, the Magistrate Judge entered a Report and Recommendation which recommends this action be dismissed without prejudice for lack of subject matter jurisdiction. *See* Doc. 24. On January 5, 2026, Plaintiff filed objections to which Defendant timely responded. *See* Docs. 25, 29. The Report and Recommendation is ripe for review. Additionally, subsequently, Plaintiff filed a motion for summary judgment (Doc. 29) which the Court held in abeyance pending this review.

In his objections, Plaintiff argues that he did comply with the prior jurisdictional order, that he has no control over the locations of the defendants, and that the Court should still exercise jurisdiction in order to grant him justice. *See* Doc. 25. Federal courts have a strict duty to exercise jurisdiction conferred on them by Congress. *Quackenbush v. Allstate Ins. Co.*, 517 U.S. 706, 716 (1996). However, federal courts are courts of limited jurisdiction and possess only that power authorized by the Constitution and statute. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994); *Burns v. Windsor Ins. Co.*, 31 F.3d 1092, 1095 (11th Cir. 1994). Federal courts cannot simply exercise jurisdiction at will. Having reviewed the objections, the Court finds that they do not have merit and must be overruled. Nothing in Plaintiff's objections overcomes the

well-reasoned analysis of the Magistrate Judge's report and recommendation.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court.  Accordingly, this case is **DISMISSED without prejudice** and all remaining motions are **DENIED as moot**.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 13th day of February, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE